# UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
## APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

**THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO.** __12-1593__ as

[ ] Retained  [ ] Court-appointed(CJA)  [ ] Court-assigned(non-CJA)  [ ] Federal Defender  [✓] Pro Bono  [ ] Government

COUNSEL FOR: Baltimore Harbor Waterkeeper, Inc.

_____ as the
(party name)

[✓] appellant(s)  [ ] appellee(s)  [ ] petitioner(s)  [ ] respondent(s)  [ ] amicus curiae  [ ] intervenor(s)

s/ Ridgway M. Hall, Jr.
(signature)

Ridgway M. Hall, Jr.                              202-744-8229
Name (printed or typed)                           Voice Phone

_____                  _____
Firm Name (if applicable)                         Fax Number

3500 Ordway St., N.W.

Washington, DC 20016                              ridgehall@gmail.com
Address                                           E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on __May 18, 2012__ the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

| see the attached | |
|---|---|

s/ Ridgway M. Hall, Jr.                           May 18, 2012
        Signature                                      Date

11/17/2011
SCC

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 18, 2012 a copy of the foregoing Appearance of Counsel was served via the Court's ECF system and/or regular U.S. Mail upon the following:

Jeffrey K. Sands
U.S. Department of Justice
Environment and Natural Resources Division
Environmental Enforcement Section
P.O. Box 7611
Ben Franklin Station
Washington, D.C. 20044-7611
jeffrey.sands@usdoj.gov

Larry Adams
Office of the United States Attorney
District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201
Larry.Adams@usdoj.gov

Matthew S. Zimmerman
Office of the Attorney General of Maryland
Maryland Department of the Environment
1800 Washington Boulevard
Suite 6048
Baltimore, MD 21230
Mzimmerman@mde.state.md.us

Edward J. Longosz, II
Mark A. Johnston
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
elongosz@eckertseamans.com
mjohnston@eckertseamans.com

1

David A. Rockman
Scott R. Dismukes
Eckert Seamans Cherin & Mellott, LLC
600 Grant Street, 44th Floor
Pittsburgh, PA 15219
drockman@eckertseamans.com
sdismukes@eckertseamans.com

Jon A. Mueller
Christine Tramontana
Chesapeake Bay Foundation
6 Herndon Avenue
Annapolis, MD 21403
jmueller@cbf.org
ctramonatana@cbf.org

Patrick J. Coyne
Finnegan, Henderson, Farabow, Garrett, & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Patrick.coyne@finnegan.com

                                                            s/ Ridgway M. Hall, Jr.
                                                            _____
                                                            Ridgway M. Hall, Jr.