# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT
_____

### No. 12-1593(L)
### (1:97-cv-00558-JFM)
### (1:97-cv-00559-JFM)
_____

**SEVERSTAL SPARROWS POINT, LLC, now known as RG Steel Sparrows Point, LLC,**

      **Petitioner – Appellee**

**STATE OF MARYLAND, DEPARTMENT OF THE ENVIRONMENT, and UNITED STATES OF AMERICA,**

      **Respondent – Appellees**

**v.**

**CHESAPEAKE BAY FOUNDATION, INCORPORATED; BALTIMORE HARBOR WATERKEEPER, INC., now known as Blue Water Baltimore, Inc.; JOSEPH M. ANDERSON; ARTHUR W. COX; TINA L. COX; REBECCA R. KOLBERG; WILTON F. STRONG; JERRY N. TOMKO; and CONNIE R. TOMKO,**

      **Intervenor – Appellants.**
_____

### APPENDIX DESIGNATIONS OF INTERVENOR-APPELLANTS
_____

Chesapeake Bay Foundation, Inc., Blue Water Baltimore, Inc., Joseph M. Anderson, Arthur W. Cox, Tina L. Cox, Rebecca R. Kolberg, and Wilton F. Strong designate the following documents for inclusion in the Appendix:

**District Court Record**

| Dkt. No. | Date | Title |
|----------|------|-------|
| 1 | 2/25/1997 | Complaint |
| 6 | 10/10/1997 | Consent Decree<br>(*Lettered Exhibits only – No oversized drawings*) |
| 9 | 8/1/2005 | Stipulated Order |
| 10 | 7/30/2010 | Severstal Petition for Dispute Resolution (*re-filed w/exhibits*) |
| 13 | 8/3/2010 | Severstal Petition for Dispute Resolution |
| | | Exhibit 1 (Consent Decree) |
| | | Exhibit 2 (Bkr. Sale Order, 2003) |
| | | Exhibit 3 (Asset Purchase Agreement, 2003) |
| | | Exhibit 4 (Work Plan Ltr, Oct 2009) |
| | | Exhibit 5 (Work Plan, Oct 2009) |
| | | Exhibit 6 (Rev'd Work Plan, Apr 4 2010) |
| | | Exhibit 7 (Notice of Dispute Ltr, Mar 4 2010) |
| | | Exhibit 8 (EPA Proposal, June 30 2010) |
| | | Exhibit 9 (Complaint 97-559) |
| | | Exhibit 10 (Complaint 97-558) |
| | | Exhibit 11 (Stip. Order, Aug 2005) |
| | | Exhibit 12 (Ex. 1 to Consent Decree) |
| | | Exhibit 13 (EPA Ltr re Shipyard, Jun 15 2006) |
| | | Exhibit 14 (MDE Factsheet re Shipyard) |
| | | Exhibit 15 (MDE Ltr re Offshore, Aug 6 2009) |
| | | Exhibit 16 (MDE Ltr re CD, Aug 13 2009) |
| | | Exhibit 17 (MDE Ltr re WP, Feb 3 2010) |
| | | Exhibit 18 (Facility Map, Jan 1998) |
| | | Exhibit 19 (EPA/Ruth Prince Memo, Mar 30 2006) |
| 21 | 10/16/2010 | Response in Opposition (*re-filed w/exhibits*) |
| 22 | 10/16/2010 | Response in Opposition |
| | | Exhibit 1 - Index of Admin. Record |
| | | Exhibit 2 - Map of Property |
| | | Exhibit 3 - (Dkt. 23) EPA Email |
| | | Exhibit 4 - Questions |
| | | Exhibit 5 - EPA Ltr, Aug 25 2010 |
| | | Exhibit 6 - Benzene map |
| | | Exhibit 7 - EPA Ltr, Feb 9 2009 |
| | | Exhibit 8 - Napth. Map |

| Dkt. No. | Date | Title |
|---|---|---|
| | | Exhibit 9 - Severstal info |
| | | Exhibit 10 - Corporate docs |
| | | Exhibit 11 - URS Work Plan, October 2009 |
| | | Exhibit 12 - Severstal Ltr, Dec 24 2009 |
| | | Exhibit 13 - EPA Ltr, May 3 2010 |
| 26 | 10/20/2010 | CBF and BHW Motion and Memo to Intervene |
| | | Exhibit 2 (A) - 1997 Complaint |
| | | Exhibit 3 (B) - EPA Ltr, June 30 2010 |
| | | Exhibit 4 (C) - AD Ltr to EPA, May 17 2010 |
| | | Exhibit 5 (D) - EPA Ltr to AD, July 6 2010 |
| | | Exhibit 6 (E) - Aug 1997 Spatial Mapping |
| 45 | 1/19/2011 | Transcripts of Dec 20 2010 hearing |
| 48 | 2/1/2011 | Severstal Reply re Bankruptcy |
| | | Exhibit 1 (Index of Exhibits) |
| | | Exhibit 5 (D) - Affidavit re M. to Approve Bankruptcy Sale Order (select pages) |
| | | Exhibit 6 (E) - Debtors' Omnibus Response to Objections |
| | | Exhibit 7 (F) - BSC-US Settlement Agreement |
| 51 | 2/15/2011 | CBF et al Opp. to Pet. for Dispute Resolution |
| | | Exhibit 2 - Schedule 4.1(p) |
| | | Exhibit 3 - ISG Form 10-K for FY ending December 31, 2004 |
| | | Exhibit 4 - Mittal Form 20-F for fiscal year ending December 31, 2005 |
| 56 | 3/15/2011 | Transcripts of March 11 2011 hearing |
| 60 | 3/19/2011 | EPA Supp. Memo re Off Site Investigation |
| | | Exhibit 3 - Greaves Declaration |
| 65 | 7/5/2011 | Judge Motz Letter |
| 66 | 7/5/2011 | Opinion |
| 67 | 7/5/2011 | Order |
| 68 | 7/15/2011 | US M. for Extension of Time |
| 70 | 8/1/2011 | Severstal Notice of Name Change |
| 77 | 9/30/2011 | Status Report (U.S) |
| 80 | 10/14/2011 | Status Report (Severstal) |
| 82 | 11/30/2011 | Status Report (U.S) |
| 84 | 12/15/2011 | Status Report (U.S) |
| | | Exhibit 1 - Draft Framework |

| Dkt. No. | Date | Title |
|---|---|---|
| 85 | 12/15/2011 | CBF Status Report |
| | | Exhibit 1 - Draft Framework w/ comments |
| 86 | 12/28/2011 | Notice of US of Filing of Stipulation and Order |
| | | Exhibit 1- Proposed Stip and Order |
| | | Exhibit 2 - Proposed Framework |
| 87 | 12/29/2011 | CBF Objection to Stipulation |
| 88 | 12/30/2011 | CBF M. for Extension of Time |
| | | Exhibit 1 (A) - CBF Foia Ltr, Nov 15 2010 |
| | | Exhibit 2 (B) - EPA ltr to CBF, Feb 24 2011 |
| | | Exhibit 3 (C) - BHW Ltr to EPA, Sept 26 2011 |
| | | Exhibit 4 (D) - EPA Ltr to CBF, Nov 10 2011 |
| | | Exhibit 5 (E) - EPA Ltr to CBF, Dec 23 2011 |
| | | Exhibit 6 (F) - EPA Ltr to Abate, Jan 27 2004 |
| | | Exhibit 7 (G) - WP to Eval. Current Human Exposures, Oct 28 2004 |
| 91 | 2/3/2012 | CBF Reply |
| | | Exhibit 1 (A) - EPA Ltr to ISG, Mar 22 2003 |
| | | Exhibit 2 (B) - MDE Ltr to DOJ, Jan 20 2005 |
| | | Exhibit 3 (C) - Draft Ecological RA Strategy Doc., Feb 14, 2006 |
| | | Exhibit 4 (D) - EPA (Prince) Memo, Mar 30 2006 |
| | | Exhibit 5 (E) - Exponent Memo, Nov 2 2011 |
| | | Exhibit 6 (F) - Tox. Testing of Balt. Harbor Report (UMD), Jan 2012 |
| 92 | 2/13/2012 | Order Denying [88] |
| 93 | 3/15/2012 | Stipluation and Order FINAL |
| 94 | 5/2/2012 | CBF Notice of Appeal |

## Administrative Record
### (Doc No. 22-1)

| No. | Date | Title |
|---|---|---|
| 1 | 7/1/1994 | Final RCRA Facility Assessment, Phase II Report |
| 3 | 8/1/1997 | Spatial Mapping of Sedimentary Contaminants in Baltimore Harbor |
| 4 | 1/1/1998 | Description of Current Conditions - Pt. 1 |
| 4 | 1/1/1998 | Description of Current Conditions - Pt. 2 |

| No. | Date | Title |
|---|---|---|
| 7 | 7/26/2000 | BSC Work Plan for Re-establishment of IMs @ Former Sludge Bin Storage and Area Rod & Wire Mill |
| 9 | 7/1/2001 | BSC Site Characterization Memo: Coke Point Landfill and Coke Oven Area |
| 10 | 12/1/2001 | BSC Site Wide Investigation: Groundwater Study Report |
| 11 | 6/1/2002 | BSC Site-Wide Investigation: Release Site Characterization Study |
| 12 | 7/1/2002 | BSC Site-Wide Investigation: Work Plan to Evaluate the Nature and Extent of Releases to Groundwater from the Special Study Areas |
| 13 | 10/28/2004 | ISG Workplan to Evaluate Current Human Exposures |
| 14 | 1/1/2005 | Site-Wide Investigation: Report of Nature & Extent of Releases to Groundwater from the Special Study Area |
| 16 | 1/18/2006 | ISG Sparrows Point CA725 Facility Investigation and Human Health Risk Evaluation Findings |
| 17 | 2/14/2006 | Draft Ecological Risk Assessment Strategy Document: ISG Sparrows Point Facility |
| 21 | 1/4/2007 | Final Ecological Risk Assessment Work Plan for On-Site Areas |
| 22 | 10/1/2007 | ISG Site-Wide Investigation Report of Nature & Extent of Releases to Groundwater from the Special Study Area Supplemental Figures |
| 24 | 11/2/2009 | EPA letter to Severstal, re additional work under CD |
| 25 | 2/19/2009 | EPA letter to Severstal, re interim measures |
| 26 | 4/1/2009 | Coke Oven Area Interim Measures Workplan Phase I |
| 27 | 4/1/2009 | Screening Level Ecological Risk Assessment Work Plan for On-Site Areas |
| 32 | 7/17/2009 | Work Plan: Coke Oven Area Special Study Area Dual Phase IMs: SVE, Air Sparging, and Groundwater Pumping Phase I (Pilot Testing) |
| 33 | 8/6/2009 | MD AG letter to Seversal, re offshore sediments |
| 34 | 8/13/2009 | MDE letter to Severstal, re remaining remedial work under CD |
| 35 | 8/24/2009 | EPA letter to Severstal, re CD IMs work plan (coke oven area) |
| 36 | 9/15/2009 | Sparrows Point Proposed Dredged Material Containment Facility Project Update |
| 38 | 10/1/2009 | Work Plan: Sediment, Surface Water, Groundwater Sampling Plan to Assess Current Groundwater Discharge Impacts to Offshore Environment |
| 39 | 10/13/2009 | Severstal letter to EPA and MDE, re October work plan |

| No. | Date | Title |
|---|---|---|
| 40 | 11/20/2009 | Site Assessment for Proposed Coke Point Dredged Material Containment Facility  (*No Appendices or Attachments – Will make available upon request.*) |
| 43 | 12/15/2009 | CBF letter to EPA and MDE, re comments on IMs Work Plan of July 2009 and October 2009 Offsite Investigation Work Plan |
| 47 | 1/1/2010 | Greys Landfill 2009 Groundwater Monitoring Report |
| 49 | 1/15/2010 | Severstal letter to MDE, re Greys Landfill 2009 Groundwater Monitoring Report |
| 51 | 1/29/2010 | Severstal letter to EPA and MDE, re IMs 2009 Annual Report, Former Sludge Bin Area, Rod & Wire Mill |
| 53 | 2/3/2010 | EPA letter to Severstal, partially disapproving of October Work Plan |
| 61 | 4/1/2010 | Work Plan to Assess Offsite Ecological Impacts from Current Releases from the Five Special Study Areas |
| 62 | 4/1/2010 | Draft Work Plan: Risk Assessment of Offshore Areas Adjacent to Proposed Coke Pt. Dredged Material Containment Facility |
| 64 | 5/3/2010 | EPA letter to Severstal, re EPA's request to expedite submission of partial corrective measures studies |
| 72 | 6/30/2010 | EPA's Proposed Resolution of the Dispute of Severstal's proposed Work Plan |

Respectfully submitted,

*/s/ Jon A. Mueller*
Jon A. Mueller
Christine K. Tramontana
Chesapeake Bay Foundation
6 Herndon Avenue
Annapolis, MD  21403
Telephone:  (410) 268-8816
Fax:  (410) 268-6687
Email:  JMueller@cbf.org
Email:  CTramontana@cbf.org

*Counsel for Chesapeake Bay Foundation, Inc.
and Individual Plaintiffs*

Ridgway M. Hall, Jr.
3500 Ordway Street, N.W.
Washington, D.C. 20016
Email:  Ridgehall@gmail.com

Patrick J. Coyne
Finnegan, Henderson, Farabow,
Garrett, & Dunner, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001-4413
Telephone:  (202) 48-4470
Fax:  (202) 408-4400
Email:  Patrick.coyne@finnegan.com

*Counsel for Baltimore Harbor Waterkeeper, Inc.,
now known as Blue Water Baltimore, Inc.*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 5th day of October, 2012, I caused the foregoing

Intervenor-Appellants' Appendix Designations to be filed electronically with the

Clerk of the Court using the CM/ECF System, which will send notice of such filing

to the following registered CM/ECF users:

Emily A. Vainieri
Assistant Attorney General
Maryland Department of the Environment
Office of the Attorney General
1800 Washington Boulevard
Suite 6048
Baltimore, MD 21230
(410) 514-1307

Aaron P. Avila
Mark R. Haag
U.S. DEPARTMENT OF JUSTICE
Environment & Natural Resources Division
Appellate Section
Post Office Box 7415
Washington, DC 20026
(202) 514-1307

Mark A. Johnston
Edward J. Longosz, II
Eckert Seamans Cherin & Mellott, LLC
1717 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC 20006
(202) 659-6624

/s/ Jon A. Mueller
*Counsel for Appellants/Cross-Appellees*