FILED: January 8, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-1593 (L)
(1:97-cv-00558-JFM)
(1:97-cv-00559-JFM)

_____

SEVERSTAL SPARROWS POINT, LLC, now known as RG Steel Sparrows Point, LLC,

      Petitioner - Appellee

v.

STATE OF MARYLAND, DEPARTMENT OF THE ENVIRONMENT; UNITED STATES OF AMERICA

      Respondents - Appellees

CHESAPEAKE BAY FOUNDATION, INCORPORATED; BALTIMORE HARBOR WATERKEEPER, INC., now known as Blue Water Baltimore, Inc.; JOSEPH M. ANDERSON; ARTHUR W. COX; TINA L. COX; REBECCA R. KOLBERG; WILTON F. STRONG

      Intervenors - Appellants

JERRY N. TOMKO; CONNIE R. TOMKO

      Intervenors

_____

O R D E R

_____

The court extends the briefing schedule as follows:

FRAP 30(c) page-proof response brief due: 05/22/2013

FRAP 30(c) page-proof opening/response brief & service of additional designations due: 05/22/2013

FRAP 30(c) page-proof response/reply brief due: 06/24/2013

Appendix due: 07/18/2013

Opening brief, response brief, and any reply brief in final form due: 07/22/2013

                              For the Court--By Direction

                              /s/ Patricia S. Connor, Clerk